## Emmett Johnson JAFARI, Plaintiff–Appellant,

v.

Richard L. WILLIAMS, Senior District Court Judge of the United States District Court for the Eastern District of Virginia; Paul V. Niemeyer, Circuit Judge of the United States Court of Appeals for the Fourth Circuit; J. Michael Luttig, Circuit Judge of the United States Court of Appeals for the Fourth Circuit; John D. Butzner, Jr., Senior Circuit Judge of the United States Court of Appeals for the Fourth Circuit; William K. Suter, Clerk of the Supreme Court; Adminis-

trative Office of the Courts; Officers of the Department of Justice, Notified, Unnamed; United States of America, Defendants–Appellees.

No. 01–2177.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 20, 2002.

Decided March 11, 2002.

Emmett Johnson Jafari, Appellant Pro Se. Richard Parker, Office of the United States Attorney, Alexandria, Virginia, for Appellees.

Before WIDENER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Emmett Johnson Jafari appeals the district court's order dismissing his civil action for lack of subject-matter jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Jafari v. Williams,* No. CA–01–253–3 (E.D.Va. Aug. 1, 2001). We further deny Jafari's motion to strike Appellees' informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*